**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 15, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11263-SMR |
| | § | |
| ABSOLUTE OILFIELD SERVICES, LLC, | § § § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 SUBCHAPTER V |

**ORDER RESETTING STATUS HEARING AND ABATING PLAN CONFIRMATION**
(Relates to ECF No. 54)

On January 8, 2025, the above-referenced Debtor (the "Debtor") filed its Chapter 11 Subchapter V Plan (the "Plan") at ECF No. 54. On January 13, 2025, the Court held a status hearing on the Plan. For the reasons set forth on the record, the Court will reset the status hearing on the Plan to June 26, 2025 at 10:00 a.m. (CT) via Zoom. The Court will also abate confirmation of the Plan. Accordingly,

**IT IS THEREFORE ORDERED** that the status hearing on the Plan in the above-referenced case is **RESET** to June 26, 2025 at 10:00 a.m. (CT) via Zoom. Zoom URL: https://www.zoomgov.com/my/robinson.txwb or Call 669-254-5252; Meeting ID: 161 0862 5245.

1

**IT IS FURTHER ORDERED** that the confirmation hearing on the Plan is **ABATED** until further ordered by the Court.

**IT IS FURTHER ORDERED** that the Debtor shall serve a copy of this order and a notice of status hearing upon entry of this order.

# # #