# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−11263−smr

Chapter No.: 11

Judge: Shad Robinson

IN RE: **Absolute Oilfield Services, LLC** ,
Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on     **2/13/25 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 50 Motion to Establish Fee Procedures (21 Day Objection Language) filed by Stephen W. Sather for Debtor Absolute Oilfield Services, LLC ) Hearing Scheduled For 2/13/2025 at 10:00 AM at Austin Courtroom 1 ...COURT REQUESTS THE HEARING... (Lopez, Jennifer)

Dated: 1/13/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

In re:

Absolute Oilfield Services, LLC

     Debtor

Case No. 24-11263-smr

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0542-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 163 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Absolute Oilfield Services, LLC, PO Box Box 2020, Sour Lake, TX 77659-2020 |
| intp | + | James Jimmy Martens, Martens Law, 816 Congress Ave. Ste. 1500, Austin, TX 78701-2641 |
| 18782070 | | Lacy Leonard, 1301 S Mopac Expy, Austin, TX 78746-6916 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Jan 13 2025 22:23:42 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, PO Box 12548, Austin, TX 78711-2548 |
| cr | Email/Text: julie.parsons@mvbalaw.com | Jan 13 2025 22:29:00 | The County of Hardin, Texas, c/o McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18782071 | Email/Text: pacer@cpa.state.tx.us | Jan 13 2025 22:30:00 | Texas Comptroller of Public Accounts, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher S. Murphy | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Eric Terry | on behalf of Trustee Eric Terry eric@ericterrylaw.com  ebterry@ecf.axosfs.com |
| Eric Terry | eric@ericterrylaw.com  ebterry@ecf.axosfs.com |
| Julie A. Parsons | on behalf of Creditor The County of Hardin  Texas jparsons@mvbalaw.com, vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Stephen W. Sather | on behalf of Debtor Absolute Oilfield Services  LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net; mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Plaintiff Absolute Oilfield Services  LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net; mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 8